UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER S. JOHNSON,<br><br>              Plaintiff,<br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>              Defendant. | Case No.  C06-5328RBL<br><br>ORDER DENYING I.F.P. APPLICATION |

      The Court adopts the Magistrate Judge's report and recommendation.  Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**.   This action shall therefore proceed only if plaintiff pays the applicable filing fee ($350.00) **within 30 days** after entry of this order.  If plaintiff fails to pay the filing fee within this time period, the clerk shall dismiss plaintiff's causes of action.

      The Clerk is directed to mail a copy of this Order to plaintiff.

      DATED this 4th day of October, 2006.

                                         /s/ Ronald B. Leighton
                                       RONALD B. LEIGHTON
                                       UNITED STATES DISTRICT JUDGE